IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

SABRINA GILBERT,

    Plaintiff,

v.

FOX & ROACH, LP, d/b/a PRUDENTIAL FOX & ROACH REALTORS, MARTIN S. BROWN, SR., GARY WILLIAMS and JOHN DOE,

    Defendants.

CIVIL ACTION NO. 1:05-CV-668

## STIPULATION OF DISMISSAL

It is hereby stipulated between the parties that the above-captioned matter is dismissed with prejudice, with each party to bear its own costs.

_____
Richard S. Swartz, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000 – Suite 500
Main Street
Voorhees, NJ 08043-4636

Dated: 10/12/06

_____
Neil Sternstein, Esquire
Attorney at Law
Five Aberdeen Place
Woodbury, NJ 08096

Dated: 10/10/06